UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SMITH EQUIPMENT & SUPPLY CO., a Florida corporation, and **KEITH E. SMITH**, <br><br> Plaintiffs, <br> vs. <br><br> ROSCO MANUFACTURING COMPANY, a foreign corporation, and **B.R. LEE INDUSTRIES, INC.**, a foreign corporation, <br><br> Defendants. | Case No.: 8:03-cv-1550-RAL-MSS <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective undersigned attorneys, that the Court shall enter an Order dismissing this action with prejudice and on the merits, each party to bear its own costs, disbursements and attorneys' fees herein.

Dated: December 28, 2004

**WENDEL & CHRITTON, CHARTERED**

By _John F. Wendel /pwf_
    John F. Wendel
    Florida Bar No. 086394
P.O. Box 2808
225 E. Lemon Street, Suite 351 (33801)
Lakeland, FL 33806
(863) 603-7730 (tel.)
(863) 603-7761 (fax)

and

Dated: December 28, 2004

BROAD AND CASSEL

By: /s/ David W. Adams
David W. Adams
Florida Bar No. 892416
Kelly B. Holbrook
Florida Bar No. 0527084
100 North Tampa Street, Suite 3500 (33602)
P. O. Box 3310
Tampa, FL 33601-3310
(813) 225-3087 (tel.)
(813) 204-2126 (fax)

**ATTORNEYS FOR PLAINTIFFS SMITH EQUIPMENT & SUPPLY COMPANY AND KEITH E. SMITH**

Dated: December 23, 2004

HINSHAW & CULBERTSON LLP

By: /s/
Thomas K. Berg (MN Atty ID No. 7213)
Gregory J. Schaefer (MN Atty ID No. 171372)
3100 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434 (tel.)
(612) 334-8888 (fax)

and

Lori A. Heim
100 South Ashley Drive, Suite 830
Tampa, FL 33602-5348
(813) 276-1662 (tel.)
(813) 276-1956 (fax)

**ATTORNEYS FOR DEFENDANTS ROSCO MANUFACTURING COMPANY AND B.R. LEE INDUSTRIES, INC.**

## ORDER

Based upon the forgoing Stipulation by the parties,

**IT IS HEREBY ORDERED** that the above captioned action is hereby dismissed with prejudice and on the merits, each of the parties to bear its own costs, disbursements and attorneys' fees herein.

Dated: December __, 2004                **BY THE COURT:**

_____
Richard A. Lazzara
United States District Judge